**LOCAL COUNSEL**
Attorneys for Plaintiff,
Mister Softee, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MISTER SOFTEE, INC.** : | |
| 901 E. Clements Bridge Rd. : | |
| Runnemede, NJ 08078 : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v.   : | **CIVIL ACTION NO.** |
| : | |
| **FAYEZ M. ABDALLAH,** : | |
| **2275 N French Road** : | |
| **Getzville, New York 14068,** : | |
| : | |
| **NAJIB ALI ALAWDI,** : | |
| **262 Ingham Avenue** : | |
| **Lackawanna, New York 14218,** : | |
| : | |
| **AMNA A. MOHAMAD** : | |
| **89 Holland Avenue** : | |
| **Lackawanna, New York 14218,** : | |
| : | |
| **Defendants.** : | |
| : | |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Mister Softee, Inc ("Mister Softee") brings this action against Fayez M. Abdallah, Najib Ali Alawdi, and Amna A. Mohamad (each a "Defendant," and collectively, "Defendants") who operate ice cream trucks using Mister Softee's trademarks and trade dress without Mister Softee's authorization. Mister Softee brings

this action to protect the public, who are being deceived and confused by the Defendants as a result of Defendants' unlawful use of Mister Softee's trademarks. Mister Softee also brings this action to protect the goodwill associated with its trademarks and trade dress, and to protect Mister Softee's franchisees who are being harmed as a result of the Defendants' unauthorized use of Mister Softee's trademarks. Because Defendants are not affiliated with Mister Softee, Mister Softee has no ability to ensure that Defendants are storing and dispensing their ice cream and other food products in compliance with applicable health standards and laws. Furthermore, Defendants, by infringing Mister Softee's trademarks, are unfairly competing with Mister Softee's franchisees, all of whom paid and continue to pay royalty fees for the right to use Mister Softee's trademarks. Mister Softee seeks to enjoin Defendants' unlawful use of its marks and seeks a reimbursement of the attorney's fees it incurs in doing so under 15 U.S.C. §1117(a).

**THE PARTIES**

2. Plaintiff Mister Softee, Inc. is a New Jersey corporation with an address at 901 E. Clements Bridge Road, Runnemede, New Jersey 08078. Mister Softee, Inc. owns various federally registered trademarks including the trademark "Mister Softee" and the trade dress comprising the distinctive look of the Mister Softee mobile soft ice cream truck.

3. Defendant Fayez M. Abdallah is an adult individual with an address at 2275 N. French Road, Getzville, New York 14068.

4. Defendant Najib Ali Alawdi is an adult individual with an address at 262 Ingham Avenue, Lackawanna, New York 14218.

5.      Defendant Amna A. Mohamad is an adult individual with an address at 89 Holland Avenue, Lackawanna, New York 14218.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338 in that Mister Softee's claims against the Defendants are based upon trademark and trade dress infringement under the Lanham Act, 15 U.S.C. §1051 et seq.

7.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)(2) in that a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in this judicial district.

## THE MISTER SOFTEE SYSTEM

8.      Mister Softee is a family-owned business that has been in operation since 1956. Mister Softee is the franchisor of Mister Softee mobile ice cream truck businesses that sell soft-serve ice cream, hard ice cream, frozen desserts, novelties, stick items and other products.

9.      Mister Softee franchisees are licensed to use Mister Softee's trade names, service marks and trademarks and to operate under the Mister Softee business system, using specially designed mobile trucks with special equipment, equipment layouts, interior and exterior accessories, menu displays, identification schemes, products, management programs, standards, specifications, proprietary marks and information.

**THE TRADEMARKS AND TRADE DRESS**

10.     Mister Softee owns the trademarks "Mister Softee" and related logos which are registered on the Principal Register of the United States Patent and Trademark Office at Registration Nos. 2128918 and 0667335 and 0663546 (the "Mister Softee Logos"). Mister Softee also owns and has registered a sensory mark which consists of the Mister musical jingle mark at Registration No. 2218017 (the "Mister Softee Sonic Mark"). Additionally, Mister Softee owns a federal trademark registration for the overall design of the Mister Softee ice cream truck, registered on the Principal Register of the United States Patent and Trademark Office at No. 2906357 (the "Mister Softee Truck Design"). Mister Softee also created and uses the marks "Tu-Tone Cone," "Twinkletop Conehead," "Cherry Top Conehead," "Chocolate Top Conehead" and "Devil's Delight Conehead." The term "Conehead" refers to Mister Softee's cartoon logo of an ice cream cone with a smiling face and bow tie.  (The Mister Softee Logos, Mister Softee Sonic Mark and Mister Softee Truck Design are collectively referred to as the "Mister Softee Marks").

11.     Only authorized licensees are permitted to use Mister Softee's federally registered trademarks, trade dress and proprietary business system.

12.     Since 1956, Mister Softee and its franchisees have continuously used and advertised Mister Softee's trademarks, trade names, trade dress and the Mister Softee Sonic Mark throughout the country.  Mister Softee's trademarks, trade names, trade dress and the Mister Softee Sonic Mark distinguish its business and its franchises from similar businesses and are widely known and recognized by consumers.   Mister Softee first

4

began using its marks and trade dress in 1956 and first registered some of the above marks in 1958. The Mister Softee Sonic Mark was composed in 1960 and was registered as a sonic mark in 1999.

## THE DISTINCTIVE NATURE OF MISTER SOFTEE TRUCKS

13. Mister Softee trucks are inherently distinctive in appearance (the "Mister Softee Truck"). The design and appearance of Mister Softee Truck is not arbitrary and nonfunctional. Each Mister Softee Truck has, among others, the following distinctive appearance and characteristics:

    a. Mister Softee Trucks are white with a blue trim which borders the bottom of each truck. The wheels on Mister Softee Trucks are also blue.

    b. The front of the trucks contains the statement "The Very Best" above the name "Mister Softee", both of which are in red cursive print.

    c. The sides of Mister Softee Trucks are labeled with the words "Delicious Shakes" and "Sundaes" in red cursive print above which are painted pictures of a shake and a sundae, respectively.

    d. Above the blue trim on the sides of the Mister Softee Truck are the words "Shakes", "Sundaes", and "Cones" in blue, block, capital letters which have a green, frost-like trim.

    e. The sides of Mister Softee Trucks also contain a distinctive cartoon logo (the "Cartoon Character") depicting a soft serve ice cream cone with a smiley face and bow tie. The Cartoon Character appears under the red script words "Mister Softee". The

trademark for this logo is registered on the Principal Register of the United States Patent and Trademark Office at Registration No. 0667335.

  f. Each side of a Mister Softee Truck contains a sliding glass window used to service customers.

  g. A menu display in each side window contains the name "Mister Softee" in red cursive print. The menu display advertises various ice cream products and their prices.

  h. The menu display contains the Cartoon Character.

  i. The display windows also contain designed advertisements printed on plastic for specialty products including, but not limited to, "Devil's Delight Conehead," "Cherry Top Conehead," "Chocolate Top Conehead," "Twinkletop Conehead," "Banana Boat," "Strawberry Sundae," "Hawaiian Pineapple Sundae," "Chocolate Nut Sundae," "Cherry Sundae," "Chocolate Sundae," "Tu-Tone Cone," and "Cart Wheel". The name "Mister Softee" is printed on the cups pictured in the menu display.

  j. The trucks also contain a designed advertisement in red, white and blue colors which states "Shakes" and displays a shake container with "Mister Softee" written at the top and with the Cartoon Character.

  k. Attached to the driver's side of Mister Softee Trucks is a sign that extends out for other vehicles to see which provides a safety warning.

  l. The top rear of Mister Softee trucks contains the statement "Watch For Our Children SLOW!"

  m. The bottom rear of Mister Softee Trucks contains the Cartoon Character and cartoon drawings of a boy and a girl with safety belts that read "Safety Club."

  n. Photographs of an authentic Mister Softee Truck are provided below:






14. When Mister Softee enters into a license agreement with each new franchisee, Mister Softee provides the new franchisee with a decal pack that includes the above referenced elements.

15. Each of these elements makes an authentic Mister Softee Truck unique and distinctly identifiable to the consuming public as a Mister Softee mobile ice cream business.

16.     Mister Softee Trucks solicit business by traveling through various neighborhoods and playing the Mister Softee Sonic Mark.

17.     Mister Softee's customer base predominately comprises young children.

## THE INFRINGERS

17.     At various times in the early to mid-2000s, Mister Softee and each of Defendants entered into oral license agreements (the "License Agreements"), pursuant to which each Defendant individually acquired the right and undertook the obligation to operate a Mister Softee franchised business using a Mister Softee Truck.

18.     The License Agreements would renew each year if the Defendants paid Mister Softee the yearly license fee.

19.      On or around February 11, 2021, Mister Softee sent a Notice of Termination to Defendants, informing Defendants that Mister Softee did not intend to renew the License Agreements and that the License Agreements were thereby terminated.  Mister Softee demanded that Defendants cease and desist continuing to use Mister Softee's Marks before the seasonal ice cream business started up in late March/early April.  The Defendants had ample time to remove the Mister Softee trademarks, replace the music box playing the Sonic Mark and to paint their trucks a color scheme other than white with a blue trim across the bottom.

20.     On or around April 27, 2022, Mister Softee sent Defendants' counsel a notice informing Defendants that Mister Softee had agreed to temporarily pause the enforcement of the termination of Defendants' License Agreements until May 4, 2022, to

provide additional time for the purpose of negotiating a resolution of the matter of the License Agreements.

21. Defendants ultimately refused to accept Mister Softee's offer to resolve and/or cure the breaches of the License Agreements.

22. Thereafter, on or around May 5, 2022, Mister Softee sent Defendants' counsel a letter demanding that Defendants (a) immediately cease and desist from continuing to use Mister Softee's Marks, (b) de-identify their ice cream trucks by repainting the trucks a color other than Mister Softee's distinctive blue-and-white design, and (c) deliver to Mister Softee their music box that is programmed to play the Mister Softee Sonic Mark.

23. Counsel for the Defendants advised that his clients would de-identify their trucks and but would not return the music box and instead would have it reprogrammed to play a different jingle.

24. Mister Softee continuously requested proof that the Defendants de-identified their trucks and were told proof would be forthcoming.

25. Mister Softee recently discovered that the Defendants have continued to operate their ice cream trucks using Mister Softee's Marks (the "Infringing Trucks") in the Buffalo, New York area.

26. Pictures showing the Defendants' Infringing Trucks are below:

**Photograph of Defendant Fayez M. Abdallah's Mister Softee Truck, August 24, 2022**



**Photographs of Defendant Najib Ali Alawdi's Mister Softee Truck, August 24, 2022**





**Photographs of Defendant Amna A. Mohamad's Mister Softee Truck, August 24, 2022**

10





27. Upon information and belief, Defendants are still operating their mobile ice cream trucks using the Mister Softee Marks, despite their knowledge that they have no legal right to do so.

## COUNT I

### Trademark Infringement and Unfair Competition

28. Plaintiff incorporates the forgoing averments as if fully set forth herein.

29. Defendants have utilized and benefited from the Mister Softee Marks in the operation of their mobile ice cream truck businesses without Mister Softee's permission and with the knowledge that Mister Softee has not consented to their use of the Mister Softee Marks.

30.     Defendants willfully intended to trade on Mister Softee's reputation and cause dilution of the Mister Softee Marks.

31.     Defendants are guilty of trademark infringement pursuant to the Lanham Act, 15 U.S.C. §1051, et seq.  Defendants' use of Mister Softee's Marks constitutes a false designation of origin and is likely to cause confusion, mistake or deception as to their being affiliated, connected or associated with Mister Softee in violation of 15 U.S.C. §1125(a).   Defendants' conduct is also a violation of the common law of unfair competition and is an unfair trade practice under common law.

32.     Defendants' continued operation of their mobile ice cream trucks also causes dilution of the famous Mister Softee Marks in violation of 15 U.S.C. §1125(c).

33.     Defendants' continued operation of their mobile ice cream truck businesses as set forth above has caused and will cause Mister Softee irreparable injury in that customers are being deceived by the Defendants as a result of Defendants selling ice cream and related products from a truck unlawfully using the Mister Softee trademarks; Mister Softee will have difficulty franchising Defendants' trading areas; business will be diverted from Mister Softee's trademarks; Mister Softee's trademarks will be diluted and taken from Mister Softee's control; and Mister Softee will lose profits and revenues which, because of Defendants' conduct, cannot be readily calculated.

34.     Additionally, because Defendants are not affiliated with Mister Softee, Mister Softee has no ability to ensure that Defendants are storing and dispensing their ice cream products in compliance with applicable health standards and laws.  As a result, customers

may become ill if the ice cream is not properly stored and dispensed and the trucks and equipment are not operated in a sanitary manner.

35. Mister Softee has no adequate remedy at law because Mister Softee cannot be adequately compensated for the deprivation and dilution of the consumer recognition and goodwill built up under the Mister Softee trademarks as a result of Defendants' conduct.

36. Mister Softee's immediate and irreparable harm will continue unless Defendants are enjoined from continuing to use of the Mister Softee trademarks.

**WHEREFORE,** Mister Softee, Inc. demands judgment in its favor and against the Defendants as follows:

    a.    A preliminary and permanent injunction enjoining the Defendants and their agents, employees and any person acting in concert with them from using the Mister Softee Marks or any colorable imitation of the marks in any manner whatsoever;

    b.    An accounting of and judgment for the profits to which Mister Softee may be entitled;

    c.    Treble damages pursuant to 15 U.S.C. §1117;

    d.    An order requiring the Defendants to deliver and/or destroy the music box pursuant to 15 U.S.C. §1118;

    e.    Punitive Damages;

    f.    Attorneys' fees pursuant to 15 U.S.C. §1117(a);

    g.    Costs of this action; and

    h.    Such further relief as this Court deems just and proper.

                         LOCAL COUNSEL

By:  /s/ Rebecca M. Stadler

**Stadler IP Law PLLC**
Rebecca M. Stadler
68 Tonawanda Street, #6
Buffalo, NY 14207
(877) 381-4540

-and-

**FISHER ZUCKER LLC**
Frank A. Reino (pro hac vice to be filed)
Michael Foster (pro hac vice to be filed)
21 South 21st Street
Philadelphia, PA 19103
(215) 825-3100

Dated: October 31, 2022                Attorneys for Plaintiff Mister Softee, Inc.