Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MISTER SOFTEE, INC. | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-829 |
| v. | |
| FAYEZ M. ABDALLAH ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's motion for a default judgment is GRANTED IN PART AND DENIED IN PART. The Court GRANTS the motion to the extent it requests an injunction; DENIES the motion insofar as it seeks an award of attorney's fees; and GRANTS it insofar as it seeks an award of costs. The plaintiff, Mister Softee, Inc., has not submitted a verified bill of costs and the time to do so has passed.

| | |
|---|---|
| Date: May 14, 2024 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Donna<br>     Deputy Clerk |